Marie Josebee G052064
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Marie Ann Josebee,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone Et al,
(Full Name of Defendant)

(2) Maricopa County Sheriff Office

(3) Estrella Jail

(4) CHS Medical Services,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02536-PHX-GMS--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Estrella Detention Facility
3. Phoenix, AZ. 85009

550/555

Revised 12/1/20

1

## B. DEFENDANTS

1. Name of first Defendant: **Paul Penzone**. The first Defendant is employed as: **Maricopa County Sherriff** (Position and Title) at **Estrella Detention Center** (Institution)

2. Name of second Defendant: **MCSO**. The second Defendant is employed as: **Detention Center** (Position and Title) at **Phoenix Arizona** (Institution)

3. Name of third Defendant: **Estrella Jail**. The third Defendant is employed as: **E** (Position and Title) at **Estrella Jail** (Institution)

4. Name of fourth Defendant: **CHS Medical Services**. The fourth Defendant is employed as: **Correctional Health Facility** (Position and Title) at **Phoenix, AZ Estrella Jail** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I.

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - [x] Basic necessities
   - [ ] Disciplinary proceedings
   - [ ] Excessive force by an officer
   - [ ] Mail
   - [ ] Property
   - [ ] Threat to safety
   - [ ] Access to the court
   - [ ] Exercise of religion
   - [ ] Other: _____
   - [ ] Medical care
   - [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Visible infestation & colonization of toxic black mold in showers, sinks and water drinking faucets, toilets and ventilation systems in addition to mold on the food such as bread given daily to inmates/prisoners. Toxic mold passes (spores) which are carried in air currents these spores are toxic, once inhaled and ingested or touched poisoning is then endured the facility does not have the appropriate level of healthcare available to test and diagnose black mold poisoning.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Emotional, physical and mental agony as well as long term effects to health.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Count I? [ ] Yes [x] No
   c. Did you appeal your request for relief on Count I to the highest level? [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff failed to knowledge black mold as a serious concern.

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1997 g, Title 42 priorities for use of funds

2. Count II. Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☑ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MCSO + appropriate authorities have not made correct use of funds, according to 1997g to fix such unconstitutional or illegal conditions which exist

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Having to continue living in unconstitutional conditions

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☑ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☑ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Staff retaliation against serious concerns

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __1997 Title 42 respecting standards of care__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The standards of care are not up to the correct standards due to being sick because of the black mold due to extended exposure in Estrella Detention center

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   long term health injury due to the mold poisoning

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes  ☑ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes  ☑ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Due to retaliation of inmates__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Relief being sought for injuries being done due to the plaintiff while being housed in Estrella detention center in complete violation of plaintiff's 8th & 14th amendments rights along with complete negligence & long term effects. Seeking $75,000 in monetary damages in conditions

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-17-2023
DATE

Signature: Marie A Sesebe
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date  **NOV 29 2023**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009